**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Andrew T Davison** | Social Security number or ITIN **xxx–xx–7568** |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jenifer M Davison** | Social Security number or ITIN **xxx–xx–3405** |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **13–22178–JAD**

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrew T Davison                                            Jenifer M Davison
                                                            aka Jeni Benz

8/15/18                                      **By the court:**   Jeffery A. Deller
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-22178-JAD
Andrew T Davison                                                    Chapter 13
Jenifer M Davison
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2            Date Rcvd: Aug 15, 2018
                              Form ID: 3180W          Total Noticed: 25

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db/jdb         +Andrew T Davison,   Jenifer M Davison,   831 Farragut Street,   Pittsburgh, PA 15206-2201
aty            +vde13,   Office of the Chapter 13 Trustee,   Suite 3250 US Steel Tower,   600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +PNC Bank, National Association,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
13641957        CCS Medical,   75 Remittance Drive, Dept. 6541,   Chicago IL  60675-6541
13663437       +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13641958       +James B. Nutter,   4153 Broadway,   Kansas City, MO 64111-2694
13641959        Medicredit Corp.,   PO Boix 580381,   Charlotte, NC  25258
13641960        Myles Dental,   715 N. Highland Avenue, 1st floor,   Pgh, PA 15206-2563
13641962       +PNC,   PO Box 747066,   Pittsburgh, PA 15274-7066
13641961       +PNC,   PO Box 6534,   Carol Stream,IL 60197-6534
13644996       +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
14004143        PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, Ohio 45342-5421
13641963        PNC Credit-PNC Bank,   PO Box 5570,   Cleveland, OH  44101-0570
13681105       +PNC Mortgage,   3232 Newmark Dr.,   Miamisburg, OH 45342-5433
13641964       +RMD, Inc.,   409 Bearden Park Circle,   Knoxville, TN 37919-7448
13641966        State Collection Srvice Inc.,   PO Box 6250,   Madison WI 53716-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2018 02:22:34     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13641956       +EDI: BANKAMER2.COM Aug 16 2018 06:13:00     Bank of America,   100N. Tryon Street,
                 Charlotte, NC 28255-0001
13652174        Fax: 423-648-1318 Aug 16 2018 03:04:13     EPB of Chattanooga,   Attn: Legal Services Division,
                 PO Box 182255,   Chattanooga, TN 37422-7255
13717210        EDI: Q3G.COM Aug 16 2018 06:13:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
13641965        EDI: SEARS.COM Aug 16 2018 06:13:00     Sears Card,   PO Box 183082,   Columbus, OH  43218-3082
13641967       +E-mail/Text: bankruptcies@TVFCU.COM Aug 16 2018 02:23:57     TVFCU,   715 Market Street,
                 Chattanoga, TN 37402-4806
13659014       +E-mail/Text: bankruptcies@TVFCU.COM Aug 16 2018 02:23:57     Tennessee Valley FCU,
                 PO Box 23967,   Chattanooga, TN 37422-3967
                                                                                               TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              James B. Nutter & Company
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association
               vbarber@udren.com
              Gregory Javardian    on behalf of Creditor    James B. Nutter & Company greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joseph E. Fieschko, Jr.    on behalf of Joint Debtor Jenifer M Davison joe@fieschko.com,
               rcfishko@aol.com
```

```
District/off: 0315-2           User: gamr              Page 2 of 2                   Date Rcvd: Aug 15, 2018
                               Form ID: 3180W          Total Noticed: 25


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joseph E. Fieschko, Jr.   on behalf of Debtor Andrew T Davison joe@fieschko.com,  rcfishko@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sherri J. Smith    on behalf of Creditor    PNC Bank, National Association pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
                                                                                                TOTAL: 10
```