**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ANDREW T DAVISON
    JENIFER M DAVISON
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

**DEFAULT O/E JAD**

Case No.:13-22178 JAD

Chapter 13

Document No.: 106

ORDER OF COURT

AND NOW, this \_\_\_\_15th_____ day of \_\_\_August_____, 20\_18\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/15/18 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____jsf\_\_\_
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22178-JAD
Andrew T Davison                                                          Chapter 13
Jenifer M Davison
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr            Page 1 of 2              Date Rcvd: Aug 15, 2018
                              Form ID: pdf900       Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
```
db/jdb         +Andrew T Davison,    Jenifer M Davison,    831 Farragut Street,    Pittsburgh, PA 15206-2201
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13641956       +Bank of America,    100N. Tryon Street,    Charlotte, NC 28255-0001
13641957        CCS Medical,    75 Remittance Drive, Dept. 6541,    Chicago IL 60675-6541
13663437       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13641958       +James B. Nutter,    4153 Broadway,    Kansas City, MO 64111-2694
13641959        Medicredit Corp.,    PO Boix 580381,    Charlotte, NC  25258
13641960        Myles Dental,    715 N. Highland Avenue, 1st floor,    Pgh, PA  15206-2563
13641962       +PNC,   PO Box 747066,    Pittsburgh, PA 15274-7066
13641961       +PNC,   PO Box 6534,    Carol Stream,IL 60197-6534
13644996       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14004143        PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, Ohio 45342-5421
13641963        PNC Credit-PNC Bank,    PO Box 5570,    Cleveland, OH  44101-0570
13681105       +PNC Mortgage,    3232 Newmark Dr.,    Miamisburg, OH 45342-5433
13641964       +RMD, Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
13641965        Sears Card,    PO Box 183082,    Columbus, OH  43218-3082
13641966        State Collection Srvice Inc.,    PO Box 6250,    Madison WI 53716-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13652174        Fax: 423-648-1318 Aug 16 2018 03:04:13      EPB of Chattanooga,    Attn: Legal Services Division,
                 PO Box 182255,    Chattanooga, TN 37422-7255
13717210        E-mail/Text: bnc-quantum@quantum3group.com Aug 16 2018 02:22:23
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13641967       +E-mail/Text: bankruptcies@TVFCU.COM Aug 16 2018 02:23:57      TVFCU,    715 Market Street,
                 Chattanoga, TN 37402-4806
13659014       +E-mail/Text: bankruptcies@TVFCU.COM Aug 16 2018 02:23:57      Tennessee Valley FCU,
                 PO Box 23967,    Chattanooga, TN 37422-3967
                                                                                                TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              James B. Nutter & Company
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
```
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association
               vbarber@udren.com
              Gregory   Javardian    on behalf of Creditor    James B. Nutter & Company greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joseph E. Fieschko, Jr.    on behalf of Joint Debtor Jenifer M Davison joe@fieschko.com,
               rcfishko@aol.com
              Joseph E. Fieschko, Jr.    on behalf of Debtor Andrew T Davison joe@fieschko.com,  rcfishko@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
```

```
District/off: 0315-2            User: gamr              Page 2 of 2              Date Rcvd: Aug 15, 2018
                                Form ID: pdf900         Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
      Sherri J. Smith    on behalf of Creditor    PNC Bank, National Association pawb@fedphe.com, sherri.braunstein@phelanhallinan.com
                                          TOTAL: 10